IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIR WILLIAMS, | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT, SCI, et al., | : | No. 20-cv-05506-JS |
| Respondents | : | |

## ORDER

AND NOW, this 3rd day of August, 2021, upon careful and independent consideration of Jamir Williams' petition for writ of habeas corpus, the Commonwealth's status report, and the Report and Recommendation of U.S. Magistrate Judge Richard A. Lloret, it is ORDERED:

1. The Report and Recommendation (Document 14) is APPROVED and ADOPTED;

2. Williams' Petition for Writ of Habeas Corpus (Document 1) is DENIED and DISMISSED without prejudice to refile at the completion of his state court proceedings. A separate Judgment shall be filed contemporaneously with this Order. *See* Federal Rule of Civil Procedure 58(a); Rules Governing Section 2254 Cases in the United States District Courts, Rule 12;

3. No certificate of appealability shall issue under 28 U.S.C. § 2253(c)(1)(A) because "the applicant has [not] made a substantial showing of the denial of a constitutional right[,]" under 28 U.S.C. § 2253(c)(2), because he has not demonstrated that "reasonable jurists" would find the "assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see United States v. Cepero*, 224 F.3d 256, 262-63 (3d Cir.

2000), *abrogated on other grounds by Gonzalez v. Thaler*, 565 U.S. 134 (2012); and,

4. The Clerk of Court shall mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
HON. JUAN R. SANCHEZ
Chief United States District Judge

2